REC'D USMS-FARGO, ND
'25 APR 4 PM 4:33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CHRISTIAN MEDINA-JASSO,<br><br>    Defendant. | Case No. 1:25-cr-076<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a *Writ of Habeas Corpus* Ad Prosequendum.

Name of detainee: CHRISTIAN MEDINA-JASSO
Detained at (custodian) Kandiyohi Jail
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on April 22, 2025, for the purpose of Initial Appearance and Arraignment.

Attorney Signature:                /s/ Nick Baker
Printed Name and Telephone Number: NICK BAKER, 701-530-2420
Dated: April 3, 2025               Attorney of Record for the United States

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: 4/4/2025                /s/ Alice R. Senechal

Magistrate Judge Alice R. Senechal
United States District Court

☐ Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

Quashed          By: James Dellinger   JD
Date Executed         Printed Name              Signature